UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOLOMONA RICKY PATU,

Plaintiff,

v.

SHERYL ALLBERT, ARNP,

Defendant.

Case No. C15-721-JLR

ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Court, having reviewed plaintiff's complaint, defendant Allbert's motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendant Allbert's motion for summary judgment (Dkt. 29) is GRANTED.

(3) Plaintiff's complaint (Dkt. 8) and this action are DISMISSED with prejudice.

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 1

1  (4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for
2  defendant, and to the Honorable James P. Donohue.

3  DATED this 4th day of April, 2016.

```
                                    JAMES L. ROBART
                                    United States District Judge
```

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 2